NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DENNIS M. SMITH,**
*Claimant-Appellant*

**v.**

**ROBERT WILKIE, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2020-1095

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 18-2844, Judge Coral Wong Pietsch.

---

## O R D E R

The appellant having failed to file the brief required by Fed. Cir. R. 31(a) within the time permitted,

IT IS ORDERED THAT:

The notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

January 24, 2020          /s/Peter R. Marksteiner
       Date               Peter R. Marksteiner
                          Clerk of Court


**ISSUED AS A MANDATE:** January 24, 2020.